UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
MAY 19 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.  Criminal No. 4:11cr35

DION BARTLETT,

        Defendant.

## ORDER

This matter is currently before the Court on a Petition alleging that defendant Dion Bartlett ("Defendant") has violated the terms of his supervised release. On October 24, 2011, following a plea of guilty, Defendant was sentenced to a term of imprisonment followed by a period of supervised release of three (3) years.

The Petition currently before the Court was filed on September 16, 2014, and an Addendum was filed on November 3, 2014. On May 14, 2015, Defendant appeared before this Court, with counsel, for a hearing on the pending Petition and Addendum. For the reasons stated on the record during the May 14, 2015 hearing, the Court finds that Defendant has violated the terms of his supervised release and hereby **REVOKES** Defendant's supervised release.

After considering the advisory Guideline range, the arguments advanced by the parties at the hearing, and the factors set forth in 18 U.S.C. § 3553(a), the Court imposes a term of imprisonment of **twenty-four (24) months,** which is to be served <u>**consecutively to**</u> the

sentence recently imposed by another Judge of this Court in case number 4:14cr64.

Defendant is **REMANDED** to the custody of the United States Marshals Service. Following incarceration, Defendant will no longer be subject to a term of supervised release in this case.

The Clerk is **REQUESTED** to send a copy of this Order to Defendant, to counsel for Defendant, to the United States Attorney's Office in Norfolk, Virginia, to the United States Marshals Service in Norfolk, Virginia, and to the United States Probation Office of this Court.

**IT IS SO ORDERED.**

/s/

Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Va.
May 19, 2015